**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EVERGREEN FARMS & PRODUCE, LLC,**

    **Plaintiff,**

v.                                                                                     Case No: 5:15-cv-178-Oc-30PRL

**ALADDIN FARMS, INC.**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's Motion For Entry Of Default (Doc. 16) filed August 12, 2015. Pursuant to Federal Rule of Civil Procedure Rule 55(a), Plaintiff requests entry of a Clerk's Default against Defendant for failing to plead or otherwise defend against this action. On April 8, 2015 Plaintiff Evergreen Farms & Produce, LLC's ("Evergreen") filed this action against Defendant Aladdin Farms, Inc., ("Aladdin"). (Doc. 1).

On June 2, 2015 the District Judge granted counsel for Defendant's motion to withdraw and directed Aladdin "to obtain new counsel on or before July 2, 2015." (Doc. 12). Defendant failed to obtain new counsel and is a corporation under Florida law (see Doc. 1 at ¶4) that cannot represent itself. On July 28, 2015 I vacated a previous clerk's entry of default and ordered Aladdin to show cause why the court should not enter a clerk's default. (Doc. 15). Aladdin failed to show cause by the August 11, 2015 deadline.

- 2 -

Accordingly, and upon due consideration, Plaintiff's Motion For Entry Of Default. (Doc. 16) is GRANTED[1]. The Clerk is directed to enter a default against Defendant, Aladdin Farms, Inc. for failing to file an Answer or otherwise defend, for failing to obtain new counsel where Defendant is a corporation, and failing to show cause why the Court should not enter clerk's default.

**DONE** and **ORDERED** in Ocala, Florida on August 13, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff's previous Motion For Entry of Clerk's Default (Doc. 13) filed July 17, 2015, is moot and the clerk is directed to terminate it.